## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **HARRY LEE BOUDREAUX** | **CIVIL ACTION NO. 17-0517** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **US FRAMING, INC., ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 79], and after a *de novo* review of the entire record, including Plaintiffs' objections, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 52] filed by Defendant CJR Framing, Inc., and the Motion to Dismiss [Doc. No. 54] filed by Defendant Rockingham Casualty Company are GRANTED, and the claims asserted by Plaintiff Harry Lee Boudreaux and Intervenor Plaintiff Louisiana Construction & Industry Self Insurers Fund against Defendants CJR Framing, Inc. and Rockingham Casualty Company are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 29th day of December, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE