UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **HARRY LEE BOUDREAUX** | * | **CASE NO. 6:17-CV-00517** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **U.S. FRAMING, ET AL.** | * | **MAG. JUDGE CAROL B. WHITEHURST** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 116] filed by Defendant, Javier Hernandez, is **GRANTED** and that Plaintiff's and Intervenor's claims against defendant, Javier Hernandez, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss for Failure to State a Claim [Doc. No. 117] filed by Defendant, Javier Hernandez, is **DENIED AS MOOT**.

Monroe, Louisiana, this 7th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**